In re Reed, Stanley;—Plaintiff; Applying For Supervisory and/or Remedial Writs, Parish of Ouachita, 4th Judicial District Court Div. D, No. 08-F-0703; to the Court of Appeal, Second Circuit, No. 47 964-RH.
Denied. La.CCr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; State v. Parker, 98-0256 (La.5/8/98), 711 So.2d 694; La.CCr.P. art. 930.3; State ex rel. Melinie v. State, 93-1380 (La.1/12/96), 665 So.2d 1172. See also State ex rel. Brown v. State, 03-2568, (La.3/26/04) 870 So.2d 976